UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE ALEXANDER,

       Plaintiff,                         No. 15-10294

v.                                      District Judge David M. Lawson
                                        Magistrate Judge R. Steven Whalen

A. HOFFMAN, FLAUGHER, O'NIEZEL,
JEFF STOLTENBER, ROZIER, PUTNAM
WELTERE, VITTITOW, TURNER,
BURROWS, DONALD RICUMSTRICT,
O'BELL T. WINN, FREED, JAMES
ZUMMER, TOM FINCO, PAYNE, ROBERT
NORTON, ROPELIJI, KARL LNU,
THOMAS LNU, and VANSURMAN,

       Defendants.
_____/

## ORDER

On January 23, 2015, Plaintiff D'Andre Alexander, a prison inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed a *pro se* civil complaint pursuant to 42 U.S.C. § 1983, naming (or in some instances partially naming) 21 Defendants. The complaint and exhibits consume 152 pages. On January 27, 2015, the Court, noting that Plaintiff had failed to file a sufficient number of copies for service, *see* Fed.R.Civ.P. 4(c)(1), ordered him to file 22 additional copies within 30 days. [Doc. #4]. Before the Court are Plaintiff's Motion for an Order Directing Marquette Branch Prison employees to Copy Plaintiff's Complaint at their own Expense [Doc. #9], second motion requesting the same relief [Doc. #11], and Motion to Extend Deadline for filing additional copies [Doc. #13].

In the motion to extend [Doc. #13], Plaintiff explains that following his filing of

prison grievances, his complaint was picked up for copying, and he received the copies on March 17, 2015. The docket entries show that the deficiency has been corrected, and the copies were provided to this Court on April 2, 2015.

Accordingly, Plaintiff's motions for the MDOC to make copies [Doc. #9 and Doc. #11] are DENIED AS MOOT.

Plaintiff's motion to extend deadline for filing copies [Doc. #13] is GRANTED.

IT IS SO ORDERED.

        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 13, 2015, electronically and/or by U.S. mail.

        s/Carolyn M. Ciesla
        Case Manager