UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE ALEXANDER,

           Plaintiff,                        No. 15-10294

v.                                     District Judge David M. Lawson
                                     Magistrate Judge R. Steven Whalen

A. HOFFMAN, FLAUGHER, O'NIEZEL,
JEFF STOLTENBER, ROZIER, PUTNAM
WELTERE, VITTITOW, TURNER,
BURROWS, DONALD RICUMSTRICT,
O'BELL T. WINN, FREED, JAMES
ZUMMER, TOM FINCO, PAYNE, ROBERT
NORTON, ROPELIJI, KARL LNU,
THOMAS LNU, and VANSURMAN,

           Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's motion to "prohibit Fred Govern from handling Plaintiff's incoming legal mail from the courts." [Doc. #12]. Fred Govern, a Michigan Department of Corrections ("MDOC") Employee at the Marquette Branch Prison, is not a Defendant in this case, nor is the MDOC. The Court does not have personal jurisdiction over Mr. Govern. If Plaintiff believes his mail is being mishandled, his remedy at this point lies within the MDOC's grievance system.

Accordingly, Plaintiff's motion [Doc. #12] is DENIED.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 13, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager