UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE ALEXANDER,

    Plaintiff,                                No. 15-10294

v.                                          District Judge David M. Lawson
                                              Magistrate Judge R. Steven Whalen

A. HOFFMAN, FLAUGHER, O'NIEZEL,
JEFF STOLTENBER, ROZIER, PUTNAM
WELTERE, VITTITOW, TURNER,
BURROWS, DONALD RICUMSTRICT,
O'BELL T. WINN, FREED, JAMES
ZUMMER, TOM FINCO, PAYNE, ROBERT
NORTON, ROPELIJI, KARL LNU,
THOMAS LNU, and VANSURMAN,

    Defendants.
_____/

**ORDER**

      On January 23,2015, Plaintiff D'Andre Alexander, a prison inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed a *pro se* civil complaint pursuant to 42 U.S.C. § 1983, bringing 19 separate claims and naming (or in some instances partially naming) 21 Defendants. The complaint and exhibits consume 152 pages. Before the Court is the MDOC Defendants' Motion to Stay Discovery [Doc. #55].

      The Defendants' motion to sever based on misjoinder of parties and claims [Doc. #39] is presently pending. If the motion is granted, it will be dispositive as to claims and Defendants, and

the scope of discovery will likely be significantly narrower. "Trial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." *Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999).

Accordingly, Defendants' Motion to Stay Discovery [Doc. #55] is GRANTED, and discovery is STAYED pending resolution of the Defendants' motion to sever.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 9, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent to parties of record on December 9, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager